UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL NADEAU, *Individually and as p.p.a.* : <br> L. P. NADEAU, *a minor child.* : <br> : <br> v. : <br> : <br> SIMORA RENTALS LLC; : <br> JOHN DOE CORPORATION, ALIAS; and : <br> JOHN AND/OR JANE DOE, ALIAS : | C.A. No.: 1:20-cv-11167-DJC |

## MOTION FOR ADMISSION PRO HAC VICE

Now comes Matthew D. Provencher, Esquire in the above-captioned matter and hereby moves this Honorable Court under Local Rule 83.5.3 for the admission, *pro hac vice*, of Katelyn M. Revens, an attorney with offices at 199 North Main Street, Providence, Rhode Island, to appear in association with him as co-counsel for the plaintiff in this action, and in support thereof states and certifies that:

1.   Amato A. DeLuca and Matthew D. Provencher are members in good standing of the bar of this Court, actively engaged in the practice of law within the United States District Court for the District of Massachusetts, and attorneys in the law firm of DeLuca & Associates, Ltd., 199 North Main Street, Providence, Rhode Island.

2.   Katelyn M. Revens is an attorney in the firm of DeLuca & Associates, Ltd. and is a member in good standing of the bar of Rhode Island and Massachusetts.

3.   There are no active disciplinary proceedings that concern Katelyn M. Revens' admission to practice law in either of the bars to which she is admitted.

4.   Both, Amato A. DeLuca and Matthew D. Provencher, are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. At all times, Katelyn M. Revens shall appear as counsel in this action in association with Amato A. DeLuca and/or Matthew D. Provencher.

6. Katelyn M. Revens understands and at all times will follow the rules and procedures of the United States District Court for the District of Massachusetts judicial system.

7. The fee for admission *pro hac vice* of Katelyn M. Revens has been paid with the filing of this motion.

WHEREFORE, I, Matthew D. Provencher, respectfully requests that the Court grant this Motion and permit Katelyn M. Revens to appear in this matter *pro hac vice*.

Plaintiff,
By his Attorneys,


/s/ Matthew D. Provencher
Amato A. DeLuca (BBO #638548)
Matthew D. Provencher (BBO #694114)
**DeLUCA & ASSOCIATES, LTD.**
199 North Main Street
Providence, RI  02903
(401) 453-1500
(401) 453-1501 Fax
bud@delucaandassociates.com
matt@delucaandassociates.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL NADEAU, *Individually and as p.p.a.* : | |
| L. P. NADEAU, *a minor child*. : | |
| : | |
| v. : | C.A. No.: 1:20-cv-11167-DJC |
| : | |
| SIMORA RENTALS LLC; : | |
| JOHN DOE CORPORATION, ALIAS; and : | |
| JOHN AND/OR JANE DOE, ALIAS : | |

**CERTIFICATION OF ATTORNEY SEEKING ADMISSION**

I, Katelyn M. Revens, Esq., the undersigned, hereby certify that:

1. I am a member of the bar in the Commonwealth of Massachusetts and the State of Rhode Island.

2. My membership of the bars of Massachusetts and Rhode Island are both in good standing.

3. I am not the subject of any disciplinary proceedings that concern my membership in the bars of Massachusetts and Rhode Island.

4. I have not previously had any *pro hac vice* admission to this Court revoked for misconduct.

5. I have read, am familiar with, and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

/s/ Katelyn M. Revens
Katelyn M. Revens (#688007)
**DeLUCA & ASSOCIATES, LTD.**
199 North Main Street
Providence, RI  02903
(401) 453-1500
(401) 453-1501 Fax
kate@delucaandassociates.com

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL NADEAU, *Individually and as p.p.a.* | : | |
| L. P. NADEAU, *a minor child.* | : | |
| | : | |
| v. | : | C.A. No.: 1:20-cv-11167-DJC |
| | : | |
| SIMORA RENTALS LLC; | : | |
| JOHN DOE CORPORATION, ALIAS; and | : | |
| JOHN AND/OR JANE DOE, ALIAS | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and that paper copies have been sent to those indicated as non-registered participants on this 10th day of March 2021.

/s/ Matthew D. Provencher