UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL NADEAU,                            *
                                        *
            Plaintiff,                  *
                                        *
    v.                                  *
                                        *
                                        *   Civil Action No. 20-cv-11167-ADB
HUNTER LAWN CARE, LLC,                  *
                                        *
                                        *
            Defendant.                  *
                                        *

## VERDICT FORM

1. Was Hunter Lawn Care negligent with respect to the maintenance of the Future Foam parking lot on or around December 5, 2019?

    Check one:   Yes _____     No ____✓_____

    **If you answered Question 1 "Yes," answer Question 2. If you answered Question 1 "No," your deliberations are complete.**

2. Was Hunter Lawn Care's negligence a proximate cause of any harm to Paul Nadeau?

    Check one:   Yes _____     No _____

    **If you answered Question 2 "Yes," answer Question 3. If you answered Question 2 "No," your deliberations are complete.**

3. Was the Plaintiff, Paul Nadeau, negligent with respect to his conduct exiting his vehicle and walking across the parking lot on or around December 5, 2019?

    <u>Check one</u>:   Yes _____   No _____

**If you answered Question 3 "Yes," answer Question 4.  If you answered Question 3 "No," please proceed to Question 6.**

4. Was Paul Nadeau's negligence a proximate cause of any harm to himself?

    <u>Check one</u>:   Yes _____   No _____

**If you answered Question 4 "Yes," answer Question 5.  If you answered Question 4 "No," please proceed to Question 6.**

5. If you have found that both Plaintiff and Defendant's negligence were proximate causes of the injury Plaintiff allegedly sustained on December 5, 2019, please assess the relative percentages of fault attributable to each:

    Plaintiff:   \_\_\_\_\_%

    Defendant:   \_\_\_\_\_%

    **(Total must equal 100%)**

6. What amount of money will fairly and adequately compensate Paul Nadeau for the harm suffered?

    $ _____
       (write in words)

    $ _____
       (write in numbers)

7. Was Hunter Lawn Care's negligence a proximate cause of any loss of consortium to Paul Nadeau's son?

      <u>Check one</u>:   Yes _____     No _____

**If you answered Question 7 "Yes," answer Question 8.  If you answered Question 7 "No," your deliberations are complete.**

8. What amount of money will fairly and adequately compensate Paul Nadeau's son for the loss of consortium suffered as a result of Hunter Lawn Care's negligence?

      $ _____
          (write in words)

      $ _____
          (write in numbers)

5/16/22                                       *Margurite Burrios Ponce*
_____                    _____
Date                                                  Foreperson